In the Matter of the Estate of FLORENCE H. FESENMEYER, Deceased.

Surrogate's Court, Onondaga County, February 17, 1934.

*Murphy, Mawhinney & Young,* for George W. Gehm, as executor.

*Hyman Pearlman* [*Clifford H. Searl* of counsel], for the claimant.

SADLER, S. Decree may be entered that Frank A. Fesenmeyer is not entitled to have any property set off to him as exempt. This court having already decided that said Frank A. Fesenmeyer had abandoned his wife, he is not entitled to the benefit of section 200 of the Surrogate's Court Act. (*Matter of Barnes,* 149 Misc. 149.)